U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Sujata Sachdeva | Address: City, State and Zip Code): Mequon, WI |
|---|---|
| Date of Birth: xx/xx/1963 | Occupation: Unknown |
| Name of Defendant's Attorney: Michael F. Hart | Address of Defendant's Attorney: Kohler and Hart<br>735 N Water St., Suite 1212<br>Milwaukee, WI 53202 |
| Name of U.S. Attorney: Matthew L. Jacobs | |

| Has warrant been issued? No | When? | By Whom? | When? |
|---|---|---|---|
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? Yes | When? 12/21/09 | Who? AEG | |
| Is the defendant in custody? No | Where? | | |

Pretrial Scheduling Conference Necessary?  ☐ YES   ☒ NO

| Issue: WARRANT | SUMMONS | NOTICE XX | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒    Green Bay Case ☐

Minor Offense

Petty Offense

Arraignment & plea before:        Judge:        Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

## THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:** 18 U.S.C. §1344  **Maximum penalties:** Each charge carries a maximum possible penalty of up to 20 years in prison and a fine of up to $250,000, or both

**Agency/Agent:** S/A Brian Due, Federal Bureau of Investigation

**OCDETF:** No