# KOHLER & HART LLP

ATTORNEYS AT LAW

MICHAEL F. HART
mfhart@kohlerandhart.com
TELEPHONE 414.271.9595
FACSIMILE 414.271.3701

FIRST NATIONAL BANK BUILDING
735 NORTH WATER STREET, SUITE 1212
MILWAUKEE, WISCONSIN 53202
www.kohlerandhart.com

March 1, 2010

**VIA FACSIMILE AND ECF FILING**
Honorable Aaron E. Goodstein
United States District Magistrate Judge
Federal Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202-4512

Re: **United States of America v. Sujata Sachdeva**
     Case No.: 10-CR-06

Dear Judge Goodstein:

Our client, Sujata Sachdeva, is currently out of custody on bond, with conditions including travel restricted to the Eastern District of Wisconsin. Ms. Sachdeva would like to visit her children and has contacted us requesting permission to travel between March 27, 2010 and April 4, 2010.*

Ms. Sachdeva is hoping to leave Milwaukee on Saturday, March 27, 2010 and return to Milwaukee on Sunday, April 4, 2010. While she is away, Ms. Sachdeva will be staying with her relatives and children.

The Court's consideration of our request is greatly appreciated.

    Sincerely,
    **/s/ *Michael F. Hart***
    Michael F. Hart
    Kohler & Hart, LLP
    735 North Water Street, Suite 1212
    Milwaukee, Wisconsin 53202
    Telephone: (414) 271-9595

\* Ms. Sachdeva will provide an exact itinerary to Pre-Trial Services.

cc: AUSA Matthew L. Jacobs (via ECF)