UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      Case No. 10-CR-6

SUJATA SACHDEVA,

        Defendant, and

KOSS CORPORATION,

        Garnishee-Defendant.

## ORDER OF GARNISHMENT

Upon consideration of the United States of America's Motion for Entry of Order of Garnishment, the Court hereby finds that:

- A Writ of Garnishment, directed to Garnishee-Defendant, Koss Corporation, has been duly issued and served upon the Garnishee-Defendant;

- Pursuant to the Writ of Garnishment, the Garnishee-Defendant, Koss Corporation, filed an Answer on July 11, 2011, stating that, at the time of the service of the Writ, the Garnishee-Defendant had in its possession, custody or control, wages, income or other personal property belonging to and due the defendant, namely funds in a 401(k) plan and an Employee Stock Ownership Trust, which, as of June 8, 2011, had an approximate value of $680,014.64;

- The defendant still owes a restitution balance of $34,000,350;

- On or about July 11, 2011, the defendant was notified of her right to object to the

Answer of the Garnishee-Defendant and to request a hearing within twenty (20) days after the defendant received a copy of the Garnishee-Defendant's answer;

• On or about July 12, 2011, the defendant received a copy of the Garnishee-Defendant's answer; and

• To date, the defendant has not objected to the Answer of Garnishee-Defendant or requested a hearing and the time for doing so has expired.

IT IS THEREFORE ORDERED that the Garnishee-Defendant, Koss Corporation, shall pay to the plaintiff, the United States of America, the sum of the current value of the defendant's positions in the Koss Corporation 401(k) and Employee Stock Ownership Trust.

IT IS FURTHER ORDERED that Garnishee-Defendant's check or checks shall be made payable to the "United States District Court Clerk"; the memo line on each check shall state the defendant's name and the number of this case; and each check shall be sent to the Clerk of the U.S. District Court, 362 Federal Building, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202-4580.

Dated at Milwaukee, Wisconsin, this 28th day of September, 2011.

/s Lynn Adelman

LYNN ADELMAN
United States District Judge