# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 10-CR-6 |
| **DEFENDANT** SUJATA SACHDEVA | **TYPE OF PROCESS** 2ND FINAL ORDER AND JUDG. |

U.S. DISTRICT COURT EASTERN DISTRICT-WI FILED 2011 OCT -3 A 10: 08 JON A. SANFILIPPO CLERK

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

CASHIER'S CHECK IN THE AMOUNT OF $268,246.86 FROM SALE OF GAZEBO HILLS REAL PROPERTY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SCOTT J. CAMPBELL, AUSA
U.S. ATTORNEY'S OFFICE
517 E. WISCONSIN AVE.
MILWAUKEE, WI 53202

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

PLEASE DISPOSE OF ITEM 1 ACCORDING TO LAW.

CATS: 10-FBI-001351

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
S/ SCOTT J. CAMPBELL, AUSA (LM)
TELEPHONE NUMBER: 414-297-1700
DATE: 9/29/11

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

District of Origin No. 89
District to Serve No. 89
Date: 09/30/11

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Date: 09/30/11  Time: 0930

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**REMARKS:** MONIES DEPOSITED INTO THE AFF

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

#54
09/30/11