UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

          Plaintiff,

       v.                                  Case No. 10-CR-6

SUJATA SACHDEVA,

          Defendant.

_____

**SECOND FINAL ORDER OF FORFEITURE AND JUDGMENT
FORFEITING CERTAIN PROPERTY OF
DEFENDANT SUJATA SACHDEVA AS SUBSTITUTE ASSETS**

_____

      The Court, having considered the United States of America's United States' Motion for Entry of Second Final Order of Forfeiture and Judgment Forfeiting Certain Property of Defendant Sujata Sachdeva as Substitute Assets, together with the affidavit of Assistant United States Attorney Scott J. Campbell, and being satisfied that the terms and provisions of Title 21, United States Code, Section 853(p) and Rule 32.2(e)(1)(B) and (e)(2)(A) of the Federal Rules of Criminal Procedure have been satisfied,

      IT IS HEREBY ORDERED that the United States' motion is GRANTED.

      IT IS FURTHER ORDERED that, pursuant to Title 21, United States Code, Section 853(p), the following property items be, and hereby are, forfeited to the United States of America:

      A.    Diamond necklace and matching earrings;

      B.    Victorian yellow gold opal and diamond necklace with matching earrings;

C. Yellow gold opal and diamond ring;

D. Zaffiro oval moonstone ring in yellow gold with diamonds and sapphires;

E. Emerald and diamond earrings by Tiffany & Company;

F. Ring of natural pink and yellow diamonds, white diamonds, and South Sea pearl;

G. Earrings of natural pink and yellow diamonds, white diamonds, and South Sea pearls;

H. 18k two-tone filigree-style necklace with 2.18 tw diamonds;

I. 18k white gold diamond and sapphire necklace;

J. 5.24 tcw yellow sapphire and diamond earrings;

K. Orange sapphire necklace with diamonds in 18k white gold;

L. Orange sapphire and diamond earrings in 18k white gold;

M. Sterling necklace with bezel set turquoise;

N. Oval turquoise bezel earrings set in sterling;

O. Sterling silver bib necklace with bezel set emeralds;

P. Bracelet with sterling bezel set emeralds;

Q. Bezel set emerald earrings in sterling silver;

R. 326.16 tcw five-strand emerald bead necklace with pave clasp set with 3.18 tcw diamonds;

S. 23.72ct citrine ring with pave diamonds on sides in 18k yellow gold;

T. 32.38 tcw citrine earrings with 1.05 tcw diamond;

U. Alfa 2.33 tcw diamond bypass ring in 14k white gold;

V. 8.46 tcw peridot omega black earrings with .50 tcw round diamonds in 18k yellow gold;

W. 18k white and yellow tt gold pendant with 4.25 peridot .92 tsav. and .47 diamond tcw Vergano;

X. 18k yellow gold ring set with 4.80 ct oval fancy facet peridot with .25 tcw side diamonds; and

Y. 2.10 tw pink sapphire pendant with .27 tw diamonds in 14k white gold.

IT IS FURTHER ORDERED that the United States hereby has clear title to the above-listed property items and may dispose of those items according to law.

Dated at Milwaukee, Wisconsin, this 4th day of September, 2013.

s/ Lynn Adelman

_____
HONORABLE LYNN ADELMAN
United States District Judge